EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    Karem M. Cedeño Rivera | 2002 TSPR 75<br><br>156 DPR _____ |

Número del Caso: TS-13252

Fecha: 31/mayo/2002

Materia: Solicitud de Reinstalación

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Karem M. Cedeño Rivera

TS-13252

RESOLUCION

San Juan, Puerto Rico, a 31 de mayo de 2002

Examinada la moción, de fecha 19 de abril de 2002, radicada por Karem M. Cedeño Rivera, solicitando su reinstalación al ejercicio de la abogacía, con lugar, como se pide.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados señora Naveira de Rodón, señor Fuster Berlingeri y señor Corrada del Río no intervinieron.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo